# United States District Court
# Central District of California

| | |
|---|---|
| FRANCISCO DUARTE,<br><br>          Plaintiff,<br><br>     v.<br><br>BERKE ENTERPRISES LTD. LP;<br>ONNIE ENTERPRISES LLC; MARIA<br>DE JESUS NAVARRO; DOES 1–10,<br><br>          Defendants. | Case No. 2:13-cv-08060-ODW(MRWx)<br><br>**ORDER TO SHOW CAUSE RE.<br>SETTLEMENT** |

On June 9, 2014, the mediator informed the Court that the parties fully settled the case at their June 5, 2014 mediation. (ECF No. 18.) The Court therefore **VACATES** all outstanding dates in this action. The parties shall also promptly file a notice of settlement on the docket per Local Rule 40-2. The Court further **ORDERS** the parties **TO SHOW CAUSE** in writing by **Monday, June 23, 2014**, why they have not finalized settlement. No hearing will be held; the parties shall respond in writing. The Court will discharge this Order upon the filing of a stipulated dismissal. Failure to timely respond will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

June 9, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**